

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

NATIONAL ECONOMIC RESEARCH
ASSOCIATES, INC.,
        Plaintiff(s),

   -against-

BEACON HILL ASSET MANAGEMENT LLC,
        Defendant(s).
------------------------------------------------------X

Index No. 07 CV 10405

AFFIDAVIT OF
ATTEMPTED SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, Inc., and is not a party to this action.

        That on the 20th day of November 2007, at approximately 3:30 pm, deponent attempted to serve a true copy of the **SUMMONS, COMPLAINT, RULE 7.1 STATEMENT AND CIVIL COVER SHEET** upon Beacon Hill Asset Management LLC at 47 Maple Street, Summit, NJ 07901. The place of business was closed.

        That on the 21st day of November 2007, at approximately 2:25 pm, deponent again attempted to serve a true copy of the **SUMMONS, COMPLAINT, RULE 7.1 STATEMENT AND CIVIL COVER SHEET** upon Beacon Hill Asset Management LLC at 47 Maple Street, Summit, NJ 07901, again the place of business was closed.

        That on the 26th day of November 2007, at approximately 4:05 pm, deponent again attempted to serve a true copy of the **SUMMONS, COMPLAINT, RULE 7.1 STATEMENT AND CIVIL COVER SHEET** upon Beacon Hill Asset Management LLC at 47 Maple Street, Summit, NJ 07901. Deponent spoke to building management who said, "The Company being served was no longer at this address they went out business sometime ago."

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
7th day of December, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com