**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC.,

    Plaintiff,

Case No. 07 CV 10405
(Judge Scheindlin)

    -against-

AFFIDAVIT OF SERVICE

BEACON HILL ASSET MANAGEMENT LLC,

    Defendant.
-----------------------------------------------------------X

STATE OF DELAWARE    )
      S.S.:
COUNTY OF NEW CASTLE    )

ONTRY PATTEN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 5th day of December, 2007, at approximately the time of 3:55 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; AND CIVIL COVER SHEET upon BEACON HILL ASSET MANAGEMENT LLC c/o Delaware Secretary of State at 401 Federal Street, Dover, DE, by personally delivering and leaving the same with REBECCA DANIELS who informed deponent that she holds the position of Agent with that company and is authorized by appointment to receive service at that address. At the time of service, a fee in the amount of $50.00 was tendered.

REBECCA DANIELS is a white female, approximately 23 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 140 pounds with brown hair.

_____
ONTRY PATTEN

Sworn to before me this
10th day of December, 2007

_____
NOTARY PUBLIC
KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com