UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC., :

                Plaintiff,         :   07 Civ 10405 (SAS)

  -against-                     :   REQUEST
                                                         FOR ENTRY
BEACON HILL ASSET MANAGEMENT LLC      :   OF DEFAULT

                Defendant.        :

-------------------------------------------------------------------x

       IT IS HEREBY REQUESTED, upon the Notice of Motion and Affidavit of Kathyanne Cohen annexed thereto, sworn to on January 30, 2008, and the exhibits annexed thereto, and the Memorandum of Law in support thereof, and upon all prior pleadings and proceedings had herein, that the undersigned, on behalf of plaintiff National Economic Research Associates, Inc., requests entry of default against defendant Beacon Hill Asset Management LLC.

Dated: New York, New York
       January 30, 2008

                                  KAPLAN, THOMASHOWER & LANDAU LLP

                                  By: *Kathyanne Cohen*
                                       Jonathan P. Wolfert (JW-9899)
                                       Kathyanne Cohen (KC-1710)

                                  26 Broadway, 20th Floor
                                  New York, New York 10004
                                  (212) 593-1700

                                  Attorneys for Plaintiff
                                     National Economic Research Associates, Inc.